JOHN DANEK, PLAINTIFF, v. JULIUS J. HOMMER AND KATHERYN HOMMER, PARTNERS TRADING AS HOMMER TOOL MFG. CO., DEFENDANTS AND THIRD-PARTY PLAINTIFFS-RESPONDENTS, v. NEW JERSEY MANUFACTURERS CASUALTY INSURANCE COMPANY, A CORPORATION OF THE STATE OF NEW JERSEY, THIRD-PARTY DEFENDANT-APPELLANT.

Argued June 7, 1954—Decided June 14, 1954.

*Mr. Robert Shaw* argued the cause for the appellant (*Messrs. Shaw, Hughes & Pindar,* attorneys).

*Mr. Joseph Weintraub* argued the cause for the respondents (*Messrs. McGlynn, Weintraub & Stein,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Francis in the court below.
HEHER, J., concurring in result.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.